# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In the matter of: | Case No.: 09-33901-dof |
| Flanders Williams | **Chapter 13 Proceedings** |
| Debtor(s). | **Judge Daniel Opperman** |

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

    The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| **Creditor or Debtor Name** | **Court Clm.#** | **Trustee Clm.#** | **Class of Claim** | **Check#** | **Amt. of Check** |
|---|---|---|---|---|---|
| Fresh Start Financial | Paid Per Plan | 1 | Secured | 723348 | $1,342.38 |

Dated: November 22, 2010

                                                    ___/s/Carl L. Bekofske____
                                                  Carl L. Bekofske,
                                                  Standing Chapter 13 Trustee
                                                  400 N. Saginaw St., Ste 331
                                                  Flint, MI 48502
                                                  Telephone: (810) 238-4675
                                                  Fax: (810) 238-4712
                                                  Email: ECF@flint13.com
                                                  P10645